**No. 09-11251. Narayanan Appukkutta, Petitioner v. New York.**

562 U.S. 870, 131 S. Ct. 168, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6626, 

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 13 N.Y.3d 936, 895 N.Y.S.2d 327, 922 N.E.2d 916.

**No. 09-11252. Albert Fitzgerald Brockman-El, Petitioner v. North Carolina Department of Corrections, et al.**

562 U.S. 870, 131 S. Ct. 168, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6740.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 332.

**No. 09-11254. George J. Mead, Petitioner v. Nevada.**

562 U.S. 870, 131 S. Ct. 168, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6416.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 738.

**No. 09-11255. Bruce Pettiford, Petitioner v. David W. Pitkins, Superin-**
tendent, State Correctional Institution at Laurel Highlands, et al.

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6577.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11256. Rosemary Dillon, Petitioner v. San Francisco Veterans Administration, Fort Miley Hospital.**

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6922, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11258. Vernon Carter, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6543.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11259. Arthur Garcia, Petitioner v. United States.**

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6664.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 293.